JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MARK ANDRES VILLEGAS,<br><br>    Plaintiff,<br><br>      v.<br><br>JOHN McMAHON, et al.,<br><br>    Defendants. | No. ED CV 20-848-ODW (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Third Amended Complaint in this matter is dismissed without further leave to amend for failure to state a claim, and this action is dismissed with prejudice.

DATED: December 3, 2020

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE